October 11, 2012.



# JUDGMENT

# The Fourteenth Court of Appeals

EDWARD AGUILAR, Appellant

NO. 14-12-00889-CR            V.

NO. 14-12-00890-CR

THE STATE OF TEXAS, Appellee

_____

These causes were heard on the transcript of the records of the court below. The records indicate that the appeals should be **DISMISSED**. The Court orders the appeals **DISMISSED** in accordance with its opinion.

We further order appellant pay all costs expended in the appeals.

We further order this decision certified below for observance.